## Transfer-In Cover Page

|  |  |
|---|---|
| **BRENDA MAYA SINGER,** | ) |
| Plaintiff | ) |
| vs. | ) |
| **LEARNING CURVE BRANDS, INC.** et. al. | ) |
| Defendant(s) | ) |

Transfer Court Case No.:   07cv22271

Our Case No.:   08C309

**TLMS**

**FILED**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 309**

CLOSED, STAY, WCT

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:07-cv-22271-ASG
Internal Use Only

| | |
|---|---|
| Singer v. Learning Curve Brands, Inc | Date Filed: 08/30/2007 |
| Assigned to: Judge Alan S. Gold | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Brenda Maya Singer**  represented by  **Howard Mitchell Bushman**
*individually and on behalf of all others*  Harke & Clasby
*similarly situated*  155 S Miami Avenue
 Suite 600
 Miami, FL 33130
 305-536-8220
 Fax: 536-8229
 Email: hbushman@harkeclasby.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Lance August Harke**
 Harke & Clasby
 155 S Miami Avenue
 Suite 600
 Miami, FL 33130
 305-536-8222
 Fax: 536-8229
 Email: lharke@harkeclasby.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Sarah Becket Clasby**
 Harke & Clasby
 155 S Miami Avenue
 Suite 600
 Miami, FL 33130
 305-536-8220
 Fax: 536-8229
 Email: sengel@harkeclasby.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Learning Curve Brands, Inc**  represented by  **Robert Kenneth Tucker**
*doing business as*  Hinshaw & Culbertson
RC2 Brands, Inc  9155 S Dadeland Boulevard
 Suite 1600 PO Box 569009
 Miami, FL 33256-9009
 305-358-7747
 Fax: 577-1063
 Email: rtucker@hinshawlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara Fernandez**
Hinshaw & Culbertson
9155 S Dadeland Boulevard
Suite 1600 PO Box 569009
Miami, FL 33256-9009
305-358-7747
Fax: 577-1063
Email: bfernandez@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2007 | 1 | COMPLAINT against Learning Curve Brands, Inc Filing fee $ 350. Receipt#: 965656, filed by Brenda Maya Singer.(ail) (Entered: 08/30/2007) |
| 08/30/2007 | 2 | Summons Issued as to Learning Curve Brands, Inc. (ail) (Entered: 08/30/2007) |
| 09/04/2007 | 3 | ORDER requiring compliance with Local Rule 16.1 of the United States District Court for the Southern District of Florida;Signed by Judge Alan S. Gold on 09/04/2007.(bs) (Entered: 09/04/2007) |
| 09/13/2007 | 4 | NOTICE of Attorney Appearance by Barbara Fernandez on behalf of Learning Curve Brands, Inc (Fernandez, Barbara) (Entered: 09/13/2007) |
| 09/13/2007 |  | ***Attorney Robert Kenneth Tucker for Learning Curve Brands, Inc added. **Per Notice at DE # 4. (gp) (Entered: 09/14/2007) |
| 09/14/2007 | 5 | Corporate Disclosure Statement by Learning Curve Brands, Inc. (Fernandez, Barbara) (Entered: 09/14/2007) |
| 09/20/2007 | 6 | MOTION for Extension of Time to File Answer re 1 Complaint, MOTION to Stay by Learning Curve Brands, Inc. Responses due by 10/4/2007 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Text of Proposed Order)(Fernandez, Barbara) (Entered: 09/20/2007) |
| 09/20/2007 | 7 | NOTICE of Compliance by Learning Curve Brands, Inc (Fernandez, Barbara) (Entered: 09/20/2007) |
| 09/21/2007 | 8 | RESPONSE to Motion re 6 MOTION for Extension of Time to File Answer re 1 Complaint MOTION to Stay filed by Brenda Maya Singer. Replies due by 9/28/2007. (Harke, Lance) (Entered: 09/21/2007) |
| 09/26/2007 | 9 | ORDER granting 6 Motion to Stay ; case is administratively closed;Signed by Judge Alan S. Gold on 09/26/2007. (bs) (Entered: 09/26/2007) |
| 09/26/2007 |  | ***Civil Case Terminated. (bs) (Entered: 09/26/2007) |
| 01/15/2008 | 10 | CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Northern District of Illinois re: MDL #1893 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Harry D. Leinenweber. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 01/15/2008) |
| 01/15/2008 | 11 | Clerks Note: Pursuant to the MDL Transfer Order, we are transferring the case to the Northern District of Illinois. The Northern District of Illinois will receive the requested PDF documents (Complaint, Docket Sheet, and MDL Transfer Order) for the transfer of the case via electronic mail per Laura Springer/ILND/07/USCOURTS. (de) (Entered: 01/15/2008) |